## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 7:18-CR- |
| vs. : | |
| : | VIOLATIONS: |
| KENNETH VERNON HUTTO : | 18 U.S.C. § 1591(a)(1) and (b)(1) |
| a/k/a "KENNY" and "CURLY" : | 18 U.S.C. § 1591(a)(2) and (b)(1) |
| Defendants. : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE

**18 U.S.C. §1591(a)(1)-Sex Trafficking by Force, Fraud, and Coercion**

That beginning on or about April 14, 2017, and continuing until June 13, 2017, in the Valdosta Division of the Middle District of Georgia, and elsewhere, the defendant,

**KENNETH VERNON HUTTO a/k/a "KENNY" and "CURLY,"**

did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, E.B., knowing and in reckless disregard that means of force, fraud and, coercion, and any combination of such means would be used to cause E.B. to engage in a commercial sex act in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

### COUNT TWO

**18 U.S.C. §1591(a)(2)-Financially Benefitting from Sex Trafficking by Force, Fraud, and Coercion**

That beginning on or about April 14, 2017, and continuing until June 13, 2017, in the Valdosta Division of the Middle District of Georgia, and elsewhere, the defendant,

**KENNETH VERNON HUTTO a/k/a "KENNY" and "CURLY,"**

did knowingly benefit, financially or by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means, E.B., knowing and in reckless disregard that means of force, fraud and, coercion, and any combination of such means would be used to cause E.B. to engage in a commercial sex act in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14th day of February, AD 2018.

Deputy Clerk

2