AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>Kenneth Vernon Hutto a/k/a "Kenny" a/k/a "Curly"<br>*Defendant* | )<br>)<br>)  Case No. 7:18-CR-007-001<br>)  1820 0215 0794J<br>)  Fid 1046357<br>)  USMS 13434-171<br>) |

*(handwritten stamp: 2018 FEB 14 PM 4:18 US MARSHALS SERVICE MIDDLE GEORGIA)*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kenneth Vernon Hutto a/k/a "Kenny" a/k/a "Curly"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking by Force, Fraud, and Coercion and Financially Benefitting from Sex Trafficking by Force, Fraud, and Coercion

Date:   February 14, 2018                                    s/ S. B. DeCesare
                                                                        *Issuing officer's signature*

                                                                        S. B. DeCesare, Deputy Clerk
City and state:   Valdosta, Georgia                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/14/18 , and the person was arrested on *(date)* 02-26-18
at *(city and state)* Beaufort Co Jail          .

Date:  02-26-18

                                                                        *Arresting officer's signature*
                                                                        CIDUSM Tim Zayac, D/SC
                                                                        *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Click here to enter text.

Known aliases:   _____

Last known residence:   Click here to enter text., Click here to enter text.

Prior addresses to which defendant/offender may still have ties:   _____

Last known employment:   _____

Last known telephone numbers:   _____

Place of birth:   _____

Date of birth:   Click here to enter text.

Social Security number:   Click here to enter text.

Height:   _____           Weight:   _____

Sex:   _____              Race:   _____

Hair:   _____             Eyes:   _____

Scars, tattoos, other distinguishing marks:   _____

History of violence, weapons, drug use:   _____

Known family, friends, and other associates *(name, relation, address, phone number)*:   _____

FBI number:   _____

Complete description of auto:   _____

Investigative agency and address:   _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:   _____

Date of last contact with pretrial services or probation officer *(if applicable)*:   _____