AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

United States of America
v.

Kenneth Vernon Hutto a/k/a "Kenny" a/k/a "Curly"
*Defendant*

Case No. 7:18-CR-007-001

1820 0215 0794J
Fid 1046357
USMS 13434-171

*[Stamp: 2018 FEB 14 PM 4:18 US MARSHALS SERVICE MIDDLE GEORGIA]*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kenneth Vernon Hutto a/k/a "Kenny" a/k/a "Curly"                              ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking by Force, Fraud, and Coercion and Financially Benefitting from Sex Trafficking by Force, Fraud, and Coercion

Date:   February 14, 2018

City and state:   Valdosta, Georgia

s/ S. B. DeCesare
*Issuing officer's signature*

S. B. DeCesare, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)*  02/14/18  , and the person was arrested on *(date)*  02-26-18
at *(city and state)*   Beaufort Co Jail                .

Date:   02-26-18

*Arresting officer's signature*

CIDUSM Tim Zayac, D/SC
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _Click here to enter text._

Known aliases: _____

Last known residence: _Click here to enter text., Click here to enter text._

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _Click here to enter text._

Social Security number: _Click here to enter text._

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____