IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | :     CASE NO.: 7:18-cr-7 (WLS) |
| | : |
| KENNETH VERNON HUTTO, | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

This matter was remanded for re-sentencing and transferred to this Judge on June 4, 2021 at the direction of the United States Court of Appeals for the Eleventh Circuit. (*See* Docs. 73; 74.) Sentencing before this Court was initially scheduled to occur at 3:00 p.m. on July 28, 2021 in Albany, Georgia. Both Parties were initially ordered to file briefs outlining and discussing any outstanding issues, disputes, and arguments expected to be raised at the sentencing hearing no later than Wednesday, July 14, 2021 (Doc. 77).

The sentencing hearing was continued for good cause shown to 2:00 p.m. on Wednesday, September 1, 2021 in Albany, Georgia (Doc. 79). The continuance was granted so that defense counsel could procure certain medical records counsel would present on Defendant's behalf at sentencing based upon Defendant's Unopposed Motion to Continue Sentencing, filed July 9, 2021 (Doc. 78). To date no briefs have been filed.

Counsel for Defendant is hereby **ORDERED** to file a written brief outlining and discussing any outstanding issues, disputes, and arguments expected to be raised at the sentencing hearing within seven days, **and no later than August 25, 2021** and the Government is hereby **ORDERED** to respond within five days. Otherwise defense counsel shall file a motion for extension explaining why more time is needed. The briefs should be no

1

2

longer than twenty (20) pages in length. Thereafter, the Court will determine if any additional conferences will be necessary or helpful in advance of the scheduled sentencing hearing.

**SO ORDERED**, this  19th   day of August 2021.

>  /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**