IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:18-cr-7 (WLS) |
| | : | |
| KENNETH VERNON HUTTO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

This matter was remanded for re-sentencing and transferred to this Judge on June 4, 2021 at the direction of the United States Court of Appeals for the Eleventh Circuit. (*See* Docs. 73, 74.) Sentencing was originally set before this Court on July 28, 2021 in Albany, Georgia. (Doc. 77.) In order to effectively prepare for the sentencing hearing, this Court ordered the parties to file briefs outlining and discussing any outstanding issues, disputes, and arguments expected to be raised at the sentencing hearing on July 1, 2021. (*Id.*)

The July 28, 2021 sentencing hearing was continued by the order of this Court (Doc. 80) for good cause shown to 2:00 p.m. on Wednesday, September 1, 2021 in Albany, Georgia. (Doc. 79.) The reason this Court granted that continuance was so counsel for the defense could procure certain medical records that counsel would present on Defendant's behalf at sentencing. (*Id.*) The Court re-issued the order to file written briefs outlining and discussing outstanding issues, disputes, and arguments to be raised on August 19, 2021. (Doc. 80.) In that order the Court ordered the Defendant to file their written brief within seven days and the Government to respond within five days. (*Id.*) That order was amended on August 25, 2021 (Doc. 82) – as to the filing deadlines – and the sentencing hearing was continued to be reset at a later date to allow sufficient time for briefing and response to the revised presentence

1

investigation report. (Doc. 81.) The revised draft presentence investigation report was filed that same day on August 25, 2021 (Doc. 83) and this Court granted the Government's Motion for an Additional Decrease for Acceptance on Responsibility (Doc. 84) on September 20, 2021 (Doc. 85.)

As sufficient time has now passed to review the draft presentence investigation report and this Court's September 20, 2021, Order, Counsel for Defendant is hereby **ORDERED** to file a written brief outlining and discussing any outstanding issues, disputes, and arguments expected to be raised at the sentencing hearing within seven days, **and no later than October 4, 2021**. The Government is **ORDERED** to respond within five days. Otherwise, defense counsel shall file a motion for extension explaining why more time is needed. The briefs should be no longer than twenty (20) pages in length. Since this matter is before the undersigned on remand after appeal, it is imperative that the Court address the matter appropriately with the assistance of informed counsel. Therefore, any issue or objection not noted or timely raised by the ordered briefing is waived and will not be heard by the Court, unless the moving or objecting party can show that the matter could not be raised timely in accordance to the order of the Court. Thereafter, the Court will determine if any additional conferences will be necessary or helpful. If not, the Court will schedule the sentencing hearing.

**SO ORDERED**, this __28th__ day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**