IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:18-cr-7 (WLS) |
| KENNETH VERNON HUTTO, | : |
| Defendant. | : |

**ORDER**

Before the Court is Defendant's Motion to Conduct Sentencing Hearing Via Video Teleconference (Doc. 93), filed on December 30, 2021. Therein, Defense Counsel shows that Defendant fell and fractured several vertebrae in his neck in January 2021, while in custody of the Bureau of Prisons. (*Id.*, at 2.) Since then, Defendant has undergone spinal surgery and continues to receive treatment and rehabilitative services for his fractured spine at the Lexington Federal Medical Center in Lexington, Kentucky. (*Id.*) Defendant is currently wheelchair-bound and requires assistance to do anything that takes him out of his wheelchair, including going to the bathroom. (*Id.*)

According to Defense Counsel, moving Defendant for his sentencing hearing would not only be dangerous to Defendant's physical health, but also expensive and inefficient. (*Id.*) Defense Counsel states that Defendant will sign a waiver of his right to appear in person at his sentencing hearing in order to avoid the risk of further injury. (*Id.*, at 3.) To date the Government has not objected to Defendant's Motion. Additionally, Counsel for Defendant represents in his Motion that the Government authorized Defense Counsel to state that the Government has no objection to Defendant's Motion. (*Id.*, at 3.)

2

This Court finds that there is good cause to conduct the sentencing hearing via video conference. Defendant is hereby **ORDERED** to file a written waiver of his right to appear in person at his sentencing hearing within **seven (7) days** of the entry of this order or no later than **Tuesday January 11, 2022**. After Defendant's written waiver of his right to appear in person at his sentencing hearing is filed, this Court will enter an Order without objection granting Defendant's Motion.

**SO ORDERED**, this  5th  day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**