IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:18-cr-7 (WLS) |
| | : | |
| KENNETH VERNON HUTTO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant's Motion to Conduct Sentencing Hearing Via Video Teleconference (Doc. 93), filed on December 30, 2021. Therein, Defense Counsel shows that Defendant fell and fractured several vertebrae in his neck in January 2021, while in custody of the Bureau of Prisons. (*Id.*, at 2.) Since then, Defendant has undergone spinal surgery and continues to receive treatment and rehabilitative services for his fractured spine at the Lexington Federal Medical Center in Lexington, Kentucky. (*Id.*) Defendant is currently wheelchair-bound and requires assistance to do anything that takes him out of his wheelchair, including going to the bathroom. (*Id.*)

Based on the above facts, this Court found that there was good cause to conduct the sentencing hearing via video conference. However, as Defendant had not included a written waiver of his right to appear in person in his motion, this Court entered an Order (Doc. 94) for Defendant to file a written waiver of his right to appear in person at his sentencing hearing. Defendant filed that written waiver on January 11, 2022. (Doc. 97.) Accordingly, Defendant's Unopposed Motion to Appear at Sentencing Via Video Conference (Doc. 93) is **GRANTED**. Defendant's sentencing shall take place on Tuesday, January 18, 2022 at 2:00pm.

**SO ORDERED**, this __12th__ day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1