IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, : | |
| : | |
| v. : | CASE NO.: 7:18-cr-7 (WLS) |
| : | |
| KENNETH VERNON HUTTO, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

On January 18, 2022 this Court entered an Order (Doc. 101) vacating its January 12, 2022 Order. (Doc. 99.) The January 12, 2022 Order had granted the Defendant's Unopposed Motion to Appear at Sentencing via Video Tele-Conference (Doc. 93.) The Court entered the January 18, 2022 Order as the Court had its doubts as to whether Defendant's presence at his sentencing hearing could be waived and therefore found the January 12, 2022 Order to be in error on the existing record.

According to Defense Counsel's Unopposed Motion to Appear at Sentencing via Video-Teleconference, Defendant is currently receiving medical treatment in Lexington, Kentucky. (Doc. 93.) As the Defendant cannot currently be transported to the Middle District of Georgia, due to his medical condition, the Court **ORDERS** that the sentencing hearing, previously scheduled for January 19, 2022, be **CONTINUED.**

The sentencing hearing will be rescheduled when Defendant's medical status permits him to appear in person or Defense Counsel provides this Court with citations to relevant binding legal authorities, which authorize this Court to conduct Defendant's sentencing via video-teleconference. Defense Counsel should also provide the Court with certified opinions from the Defendant's treating physician(s), providing their diagnosis and prognosis as to

1

2

Defendant's medical condition and ability to appear in person, to support a finding that it is necessary to conduct Defendant's sentencing via video-teleconference.

**SO ORDERED**, this  20th  day of January 2022.

                                              <u>/s/ W. Louis Sands</u>
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**