# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:18-cr-7 (WLS) |
| | : |
| KENNETH VERNON HUTTO, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is Defendant's Amended Response (Doc. 105) to this Court's January 20, 2022 Order. (Doc. 102.) Therein, Defense Counsel informs the Court that he has received additional information clarifying the assistance that Defendant will need when being transported to the Middle District of Georgia, Albany Division for sentencing. (Doc. 105.)

The Parties are hereby noticed that the sentencing hearing will be conducted in person at a date to be later determined by this Court. The United States Marshall's Office is hereby **ORDERED** to provide the necessary accommodations – noted by Defendant's physical therapist (Doc. 105-1) – when moving and housing the Defendant for his sentencing hearing. The Clerk's Office is hereby **DIRECTED** to forward a copy of this Order and the Defendant's Response and Exhibit (Docs. 105 & 105-1) to the United States Marshall's Office.

**SO ORDERED**, this 11th day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**