

United States District Court
Middle District of Georgia

# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

| **Name of Offender:** Kenneth Vernon Hutto | **Case Number:** 7:18CR00007 |
|---|---|

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| H-2372253-20240327-2 | 1 | Glock 18C Airsoft Pistol |

**Reason For Request:** Kenneth Vernon Hutto has voluntarily requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_____  _____
Clayton B. Hester            May 17, 2024
Special Offender Specialist  Date

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_____  _____
United States District Judge    5/17/2024
                                Date